# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IVETTE SALAZAR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 18-cv-00217 |
| JOLIET JUNIOR COLLEGE, *et. al.*, | ) Judge Kennelly |
| Defendants. | ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action and all claims brought by Plaintiff Ivette Salazar against Defendant Joliet Junior College and all other former and current Defendants are dismissed with prejudice, and further, that the parties shall bear their own costs, including attorney's fees.

Dated: April 18, 2018

Respectfully submitted,

By: /s/ Patrick J. Rocks
One of Defendants' Attorneys

Patrick J. Rocks
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
312-787-4949
312-787-4995 (fax)
Email: Patrick.Rocks@jacksonlewis.com

1

By: /s/ Brynne Sasha Madway
One of Plaintiff's Attorneys

Brynne Sasha Madway
Foundation for Individual Rights in Education
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
(215) 717-3473
Email: brynne.madway@thefire.org

By: /s/ Marieke Tuthill Beck-Coon
One of Plaintiff's Attorneys

Marieke Tuthill Beck-Coon
Foundation for Individual Rights in Education
510 Walnut St., Suite 1250
Philadelphia, PA 19106
(215) 717-3473
Email: marieke@thefire.org

By: /s/ Wayne B. Giampietro
One of Plaintiff's Attorneys

Wayne B. Giampietro
Poltrock & Giampietro
123 W. Madison
Suite 1300
Chicago, IL 60602
312-236-0606
Email: wgiampietro@giampietrolaw.com

# CERTIFICATE OF SERVICE

I, Patrick J. Rocks, an attorney, certify that on this 18th day of April, 2018 a true and correct copy of the foregoing *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE* was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, and that same will therefore be electronically served upon all counsel of record.

/s/ Patrick J. Rocks